Arthur E. Ortiz, WSBA No. 26676
Email: arthur@aeolegal.com
The Law Office of Arthur E. Ortiz
6015 California Ave. S.W., No. 203
Seattle, WA 98136
Tel.: (206) 898-5704

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE TAVARES,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALABAMA HOUSING FINANCE AUTHORITY, a foreign public corporation doing business in Washington as SERVISOLUTIONS<br><br>    Defendant. | No.<br><br>ORDER (Proposed)<br><br>ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF RESTRAINING FORECLOSURE SALE OF PROPERTY AT 4704 MOUNT BAKER LOOP, MOUNT VERNON, WA 98273<br><br>NOTED FOR MOTION CALENDAR:<br><br>October 27, 2017 |

The Court having been apprised in these premises and having read the record presented, SO ORDERS:

Plaintiff's Motion is GRANTED,

1.      Defendant, Alabama Housing Finance Authority, d/b/a ServiSolutions in Washington, is enjoined from conducting a non-judicial foreclosure sale of the real property commonly known as 4704 Mount Baker Loop, Mount Vernon, WA 98273. Defendant,

---

**[PROP] ORD. RE LCR 65(b) MOT. FOR INJUNCTIVE RELIEF RESTRAINING FORECLOSURE SALE**
Page - 1

A<small>RTHUR</small>  E. O<small>RTIZ</small>, A<small>TTORNEY</small>
6015 C<small>ALIFORNIA</small> A<small>VE</small>. S.W., N<small>O</small>. 203
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98136
T<small>EL</small> 206-898-5704      arthur@aeolegal.com

ServiSolutions shall not conduct the non-judicial foreclosure sale of the Property absent a further order from the Court.

2.	The Court finds that there is a likelihood Plaintiff will prevail on her claims and plaintiff does show facts which strongly suggest bad faith played a role in bringing about this non-judicial foreclosure sale. Accordingly, Plaintiff is enjoined from making payments into the court registry as a condition to the effectiveness of this restraining order.

DONE IN OPEN COURT this _____ day of October/ November, 2017.

The Honorable

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Arthur E. Ortiz*
Arthur E. Ortiz, WSBA No. 26676
arthur@aeolegal.com
6015 California Ave. SW, No. 203
Seattle, WA 98136
Telephone: (206) 898-5704
 *Attorney for Plaintiff*

[PROP] ORD. RE LCR 65(b) MOT. FOR INJUNCTIVE
RELIEF RESTRAINING FORECLOSURE SALE
Page - 2

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704     arthur@aeolegal.com