UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE TAVARES,<br><br>                Plaintiff,<br><br>    v.<br><br>ALABAMA HOUSING FINANCE AUTHORITY,<br><br>                Defendant. | CASE NO. C17-1599-MJP<br><br>ORDER TO SHOW CAUSE |

THIS MATTER comes before the Court on Defendant's Motion for Additional Time. (Dkt. No. 12.) While Defendant seeks additional time to respond to Plaintiff's Motion for a Temporary Restraining Order, it has not adequately alleged that service was improper or that it did not have an opportunity to timely respond. Plaintiff has complied with the requirements set forth in Washington's Deeds of Trust Act, RCW 61.24.130(2) and Fed. R. Civ. P. 4(h). Plaintiff served trustee for Defendant North Cascade Trustee Service (NCTS) on October 27, 2017. (Dkt. Nos. 8, 14.) Plaintiff also delivered copies of the pleadings to the Servicing Administrator for Defendant in Montgomery, Alabama on October 27, 2017 (Dkt. No. 8) and to an individual

apparently authorized to accept service on October 31, 2017 (Dkt. No. 14-3). Local Rule 65(b)(1) is inapplicable because Plaintiffs motion was not issued without notice. LCR 65(b)(1). Defendant has not adequately explained why it was unable to comply with the Court's Minute Order of October 30, 2017. (Dkt. No. 10.)

Defendant is hereby ORDERED TO SHOW CAUSE why it should be granted additional time to respond to Plaintiff's Motion for a Temporary Restraining Order in a brief of no more than five (5) pages due November 17, 2017 with Plaintiff's response due November 20, 2017. There will be no foreclosure while this Motion is pending.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 14, 2017.

Marsha J. Pechman
United States District Judge