UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINE TAVARES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALABAMA HOUSING FINANCE AUTHORITY,<br><br>　　　　　　Defendant. | CASE NO. C17-1599-MJP<br><br>STIPULATION AND ORDER ON EXTENSION OF DEADLINES |

## STIPULATION

The parties hereby stipulate and agree that further extension of time regarding certain deadlines stated in the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. No. 20) would be appropriate to allow the Court to complete its review and ruling on Defendant Alabama Housing Finance Authority's ("AHFA") Motion to Dismiss (Dkt. No. 21) pursuant to LCR 7(b)(5), and the parties jointly request that the following deadlines be adjusted as follows:

| | |
|---|---|
| 1 | Deadline for FRCP 26(f) Conference ......................................February 6, 2018 |
| 2 | Initial Disclosures Pursuant to FRCP 26(a)(1) ........................February 13, 2018 |
| 3 | Combined Joint Status Report and Discovery Plan as |
| 4 | Required by FRCP 26(f) and Local Civil Rule 26(f): ............… February 20, 2018 |

## ORDER

It is so ORDERED.

DATED this 12th day of December, 2017.

_____
Marsha J. Pechman
United States District Judge

Presented through stipulation by:

| ROBINSON TAIT, P.S. | THE LAW OFFICE OF ARTHUR E. ORTIZ |
|---|---|
| *s/ Kimberly Hood* | *s/ Arthur E. Ortiz* |
| _____ | _____ |
| Kimberly Hood, WSBA No. 42903 | Arthur E. Ortiz, WSBA No. 26676 |
| KHood@robinsontait.com | arthur@aeolegal.com |
| 901 Fifth Avenue, Suite 400 | 6015 California Ave. SW, No. 203 |
| Seattle, WA 98164 | Seattle, WA 98136 |
| Telephone: (206) 676-9640 | Telephone: (206) 898-5704 |
| Facsimile: (206) 676-9659 | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |